**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1014**

———————

ROBINSON A. WILLIAMS,

             Plaintiff - Appellant,

        v.

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

             Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Ellen L. Hollander, District Judge.
(1:15-cv-03700-ELH)

———————

Submitted:  June 16, 2016          Decided:  June 22, 2016

———————

Before WYNN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robinson A. Williams, Appellant Pro Se.  Andrew Butz, BONNER,
KIERNAN, TREBACH & CROCIATA, LLP, Washington, D.C.; Justin
McArthur Cuniff, Christy Ann Fisher, BONNER, KIERNAN, TREBACH &
CROCIATA, LLP, Annapolis, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robinson A. Williams appeals the district court's order sua sponte dismissing his 42 U.S.C. § 1985 (2012) conspiracy action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Cheesecake Factory Rest., Inc., No. 1:15-cv-03700-ELH (D. Md. filed Dec. 8, 2015; entered Dec. 9, 2015). We also deny as moot Williams' motion to stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED